IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALIGN TECHNOLOGY, INC., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 17-1646-LPS-CJB |
| 3SHAPE A/S and 3SHAPE INC., | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| ALIGN TECHNOLOGY, INC., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 17-1647-LPS-CJB |
| 3SHAPE A/S and 3SHAPE INC., | : | |
| Defendants. | : | |

ORDER

At Wilmington, this **7th** day of **September, 2018**:

For the reasons set forth in the Memorandum Opinion issued this date, **IT IS HEREBY ORDERED** that:

1. Defendants' motion to dismiss in C.A. No. 17-1646-LPS-CJB (D.I. 21) is:

    (a) **DENIED** to the extent that it seeks dismissal of the Complaint for failing to plausibly allege direct, indirect, and willful infringement of any of the asserted patents under Rule 12(b)(6);

    (b) **GRANTED** to the extent that it seeks dismissal of claims asserting infringement of U.S. Patent No. 7,112,065 under 35 U.S.C. § 101; and

   (c) **DENIED** to the extent that it seeks dismissal of claims asserting infringement of U.S. Patent No. 9,451,873 under 35 U.S.C. § 101.

2. Defendants' motion to dismiss in C.A. No. 17-1647-LPS-CJB (D.I. 21) is:

   (a) **DENIED** to the extent that it seeks dismissal of the Complaint for failing to plausibly allege direct, indirect, and willful infringement of any of the asserted patents under Rule 12(b)(6);

   (b) **GRANTED** to the extent that it seeks dismissal of claims asserting infringement of U.S. Patent No. 6,227,850 under 35 U.S.C. § 101; and

   (c) **DENIED** to the extent that it seeks dismissal of claims asserting infringement of U.S. Patent No. 8,734,149 under 35 U.S.C. § 101.

3. The parties shall meet and confer and, no later than **September 14, 2018**, submit a joint status report.

                 _____
                  UNITED STATES DISTRICT JUDGE