# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ALIGN TECHNOLOGY, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 1:17-cv-01646-LPS-CJB |
| v. ) | |
| ) | |
| 3SHAPE A/S, 3SHAPE, INC., ) | |
| and 3SHAPE TRIOS A/S, ) | |
| ) | |
| Defendants. | |

## MOTION FOR SUMMARY JUDGMENT OF NO PRE-SUIT DAMAGES

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants 3Shape A/S, 3Shape Inc., and 3Shape Trios A/S (collectively "3Shape") respectfully move this Court for summary judgment of no pre-suit damages of the asserted claims of U.S. Patent Nos. '330, '364 and '916.  3Shape respectfully moves for an order in the form attached hereto.

The grounds for this motion are fully set forth in 3Shape's Opening Brief in Support of Defendants' Motion for Summary Judgment of No Pre-Suit Damages of the asserted claims of U.S. Patent Nos. '330, '364 and '916 and supporting papers.

Dated:  January 21, 2020

*/s/ Geoffrey Grivner*_____
Geoffrey Grivner (DE Bar No. 4711)
BUCHANAN INGERSOLL & ROONEY PC
919 North Market Street
Suite 990
Wilmington, DE  19801
Tel: (302) 552-4207
Fax: (302) 552-4200
geoffrey.grivner@bipc.com

S. Lloyd Smith (*pro hac vice*)
Kimberly E. Coghill (*pro hac vice*)

1

Bryan J. Cannon (*pro hac vice*)
Laura K. Pitts (*pro hac vice*)
BUCHANAN INGERSOLL & ROONEY PC
1737 King Street
Suite 500
Alexandria, VA 22314-2727
Tel: (703) 838-6514
Fax: (703) 836-2021
lloyd.smith@bipc.com

*Attorneys for Defendants*
*3Shape A/S, 3Shape Trios A/S, and 3Shape Inc.*