# Buchanan Ingersoll & Rooney PC

**Geoffrey G. Grivner**
302 552 4207
geoffrey.grivner@bipc.com

919 North Market Street, Suite 990
Wilmington, DE  19801-3036
T 302 552 4200
F 302 552 4295

March 19, 2020

**BY CM/ECF**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
844 N. King Street
Wilmington, DE  19801

      Re:    *Align Technology, Inc. v. 3Shape A/S et al.*, C.A. Nos. 17-cv-1646; 17-cv-1647

Dear Judge Stark:

      In the interest of judicial efficiency and to maximize conservation of this Court and the party's resources, 3Shape requests that this Court hear all Motions for Summary Judgment regarding patent-ineligibility of Align's patents in the 1646 and 1647 matters on a single date.

      3Shape has moved for judgment of invalidity under section 101 with respect to all asserted claims of eight out of nine patents-in-suit currently at issue in the 1646 and 1647 matters.  Due to the commonalities among the technology at issue in these eight patents and section 101 arguments generally, hearing arguments on these motions at a single hearing will be more efficient than doing so separately.  Moreover, disposition of 3Shape's section 101 motions relating to these eight patents is likely to narrow the issues for trial, including the elimination of asserted claims and asserted patents, potentially to the point that the remaining issues can be consolidated into a single trial.

      This Court has scheduled a hearing for all pending motions and objections in the 1646 action on April 24, 2020.  3Shape requests that, at that hearing, this Court additionally consider arguments regarding 3Shape's Motion for Judgment on the Pleadings (D.I. 281) and Motion for Summary Judgment (D.I. 293) which relate to Section 101 eligibility issues for all asserted claims of the five patents-in-suit in the 1647 action.

Respectfully submitted,

*/s/ Geoffrey G. Grivner*

Geoffrey G. Grivner (#4711)

cc:    Clerk of the Court
          All counsel of record (by ECF and e-mail)